■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PEARSON, Appellant. [903 NYS2d 298]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed April 11, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Covello, Balkin, Chambers and Sgroi, JJ., concur.